UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RENARD T. POLK, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 3:13-cv-00350-RCJ-WGC |
| STATE OF NEVADA et al., | ) | ORDER |
| Defendants. | ) | |

Plaintiff filed an application to proceed *in forma pauperis*. The Court denied the motion and simultaneously dismissed the Complaint under 28 U.S.C. § 1915A. Plaintiff has asked the Court to reconsider dismissal and has filed a new application to proceed *in forma pauperis*. The Court still finds that no discernable issues or claims in the Complaint are non-frivolous. *See id.*; *Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 6) is DENIED.

IT IS FURTHER ORDERED that the Motion to Proceed In Forma Pauperis (ECF No. 7) is interpreted as a motion to proceed *in forma pauperis* on appeal and DENIED.

IT IS SO ORDERED.

Dated: This 17th day of April, 2014.

_____
ROBERT C. JONES
United States District Judge