1

2

3

4

5

6                     UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8

9    RENARD T. POLK,

10                              Plaintiff,              3:13-cv-00350-RCJ-WGC
           v.
11                                                      **ORDER**
     STATE OF NEVADA et al.,
12
                              Defendants.
13

14         In 2013, Plaintiff Renard Polk filed a Complaint under 42 U.S.C. § 1983 attached to an

15   application to proceed *in forma pauperis*.  The Court denied the application and dismissed the

16   Complaint with prejudice under 28 U.S.C. § 1915A for failure to state a claim.  Plaintiff asked the

17   Court to reconsider dismissal and filed a new application.  In 2014, the Court denied the motion

18   to reconsider, as well as the new application, which the Court treated as a motion to proceed *in*

19   *forma pauperis* on appeal.  Plaintiff appealed.  The Court of Appeals denied his motion to

20   proceed *in forma pauperis* on appeal and dismissed the appeal for failure to prosecute when he

21   failed to pay the filing fees.  In 2015, the Court of Appeals denied Plaintiff's petition for a writ of

22   mandamus.  Earlier this year, Plaintiff filed a motion seeking leave to file an amended complaint,

23   which the Court denied.  Plaintiff has now filed a new application to proceed *in forma pauperis*.

24   The motion is denied as moot.  Judgment has been entered, the appeal has been dismissed, and

25   the mandate has issued.

26   ///

27   ///

28   ///

1                                     **CONCLUSION**

2         IT IS HEREBY ORDERED that the Application to Proceed *in Forma Pauperis* (ECF No.

3  25) is DENIED as moot.

4         IT IS SO ORDERED.

5 DATED: This 7th day of November, 2018.

                                              ROBERT C. JONES

                                    United States District Judge